The Honorable Michelle L. Peterson

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAWN MATTHEW WILCHER,<br><br>Defendant. | NO. MJ19-5089<br><br>ORDER AUTHORIZING DETENTION PENDING INITIAL APPEARANCE |

TO: The United States Marshal and any Authorized United States Officer:

Based upon a review of a sworn complaint, the Court finds there is probable cause to believe that the defendant, SHAWN MATTHEW WILCHER, has violated Title 18, United States Code, Sections 2243(a), 2246(2) and 7.

It is therefore ORDERED:

1. You are directed to bring the defendant before the nearest United States Magistrate Judge, or other authorized judicial officer, for initial appearance as promptly as that hearing can be scheduled with the court.

///

2. Defendant shall be held in custody pending that appearance.

*(signature)*
MICHELLE L. PETERSON
United States Magistrate Judge

May 25, 2019, 3 p.m., Seattle, WA.
Date, Time, and Location

*Presented by:*

*/s/ Grady J. Leupold*
GRADY J. LEUPOLD
Assistant United States Attorney